UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
AUG 0 5 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. 5:19-MJ-1832-JG

IN RE: SEARCH WARRANT FOR  :
                           :   MOTION TO UNSEAL
                           :   APPLICATION AND
                           :   AFFIDAVIT FOR
                           :   SEARCH WARRANT
165 W. Manchester Road Unit 14-17  :
Spring Lake, North Carolina 28390  :

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court for an Order unsealing the Application and Affidavit for Search Warrant regarding the above-referenced matter, and this Motion to Seal, and in support thereof, shows unto the Court as follows:

At this time, a significant number of defendants have been arrested in connection with the indictment in United States v. Freeman, et al, 5:19-cr-00258-BO. It is believed the remaining fugitive defendants know about the existence of arrest warrants. Maintaining the above search warrant sealed would not further assist in the apprehension of the fugitives. Moreover, unsealing this matter would assist the Government in disclosing the affidavit to defense counsel in order to comply with ongoing discovery obligations.

WHEREFORE, the Government moves for an Order unsealing the Application and Affidavit for Search Warrant

1

Respectfully submitted, this 5h day of August, 2019.

ROBERT J. HIGDON, JR.
United States Attorney

_____
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
310 New Bern Ave, Suite 800
Raleigh, NC 27601
(919)856-4909/4487(f)
N.C. Bar # 32775